**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| AiPi, LLC, | § | |
| | § | |
| Movant, | § | Civil Action No. 24-mc-2 (LMB/WEF) |
| | § | |
| v. | § | |
| | § | |
| NETFLIX, INC., | § | |
| | § | |
| Respondent. | § | |

**RESPONDENT NETFLIX, INC.'S NOTICE OF COURT ORDER**

**NOTICE OF COURT ORDER**

On January 31, 2024, AiPi filed in this Court a Motion To Quash Netflix's subpoena issued by the Northern District of California. During the February 3, 2024 hearing on said Motion, the Honorable Court suggested that Netflix seek clarification on whether Netflix's subpoena was timely served. Netflix followed this Court's direction and sought clarification from the court in the Northern District of California. Attached as Exhibit A is the Order clarifying discovery over AiPi. The California court ruled: "The Court extends fact discovery to September 27, 2024, *nunc pro tunc*. For clarity, this means that the subpoena served on AiPi on January 24, 2024, was timely." The California court also vacated all pre-trial dates to facilitate Rule 45 discovery over AiPi, attached.

Dated: June 10, 2024                                  _____/s/_____
                                                      Cailyn Reilly Knapp (VA Bar No. 86007)
                                                      BAKER BOTTS L.L.P.
                                                      700 K Street N.W.
                                                      Washington, DC  200001
                                                      Tel: (202) 639-7753
                                                      Fax: (202) 585-4070
                                                      Email: cailyn.reilly.knapp@bakerbotts.com

                                                      Rachael Lamkin (admitted *pro hac vice*)
                                                      BAKER BOTTS L.L.P.
                                                      101 California Street
                                                      Suite 3200
                                                      San Francisco, CA  94111
                                                      Tel: (415) 291-6264
                                                      Fax: (415) 291-6364
                                                      Email: rachael.lamkin@bakerbotts.com

                                                      *Counsel for Respondent Netflix, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record in this action.

_____/s/_____
Cailyn Reilly Knapp (VA Bar No. 86007)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC  200001
Tel: (202) 639-7753
Fax: (202) 585-4070
Email: cailyn.reilly.knapp@bakerbotts.com

*Counsel for Respondent Netflix, Inc.*

2